FIRST DEPARTMENT, APRIL, 1956

(April 5, 1956)

■ SAMUEL BURSTEIN v. BESSIE SASLAWSKY, Also Known as BESSIE ROSEN-BAUM, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

(April 10, 1956)

■ HARON H. ZAKKAI, Respondent, v. NISSIM DAVID et al., Appellants. HAROLD L. HERZSTEIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of CALLY KARABINAKIS, by EMANUEL KARABINAKIS, Her Guardian ad Litem, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of the Arbitration between PUBLISHERS' ASSOCIATION OF NEW YORK CITY, Respondent, and NEW YORK STEREOTYPERS' UNION NUMBER ONE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ CITIZENS UTILITIES COMPANY, Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Appellant.— Order unanimously modified to the extent of granting the motion insofar as it seeks a separate statement and numbering of the causes of action contained in the first and second causes of action of the amended complaint and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Insofar as the first cause of action purports to allege a cause of action for breach of warranty in each of two separate agreements, and a cause of action for fraud, these three causes of action should be separately stated, not because different modes of relief are sought but because different gravamens and different items of recovery are involved. Similarly, insofar as the second cause of action purports to state a cause of action for breach of warranty in the agreements as they now read, as well as a cause of action for reformation and the breach of warranty, these two causes of action should be separately stated. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ IDELL FRANKENHEIM et al., v. B. ALTMAN & Co.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Cox, JJ. [See ante, p. 200.]

■ EDUCATIONAL REVIEWER et al., v. McCALL CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, only upon the conditions stated in order. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.